UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD SPRUEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2847** |
| **ROGER WELD, ET AL.** | **SECTION "J"(4)** |

### O R D E R

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Petitioner's Declarations (Rec. Docs. 7 and 9), and Motions for Temporary Restraining Order (Rec. Docs. 5 and 10), the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the complaint filed by Richard Spruel is hereby **TRANSFERRED** to the United States District Court for the Western District of Washington.

New Orleans, Louisiana, this ___19th___ day of _____November_____, 2010.

_____
UNITED STATES DISTRICT JUDGE